UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. MARILYN L. HUFF)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 09-CR-2342 H |
| Plaintiff, | ) ) | ORDER RECOMMENDING DEFENDANT DESIGNATION TO FCI IN THE |
| v. | ) ) | WESTERN REGION |
| **JAVIER LARA-RENTERIA,** | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the Bureau of Prisons consider this Court's recommendation designating the above-captioned Defendant for housing in the Western Region.

Dated:  August 14, 2009

_____
HON. MARILYN L. HUFF, Judge
UNITED STATES DISTRICT COURT